■ In the Matter of DANIEL J. BRADY, a Suspended Attorney. [710 NYS2d 818] —Motion to confirm Determination of Hearing Panel granted and petitioner's application for reinstatement to the practice of law in the State of New York denied. No opinion. Concur—Sullivan, P. J., Tom, Wallach, Rubin and Saxe, JJ.

■ In the Matter of MICHAEL D. MURPHY, a Disbarred Attorney. [713 NYS2d 679] —Motion for reinstatement granted only to the extent of referring the matter to a Referee for hearing. No opinion. Concur—Sullivan, P. J., Tom, Ellerin, Saxe and Buckley, JJ.